FRED B. BURNSIDE (CA Bar No. 211089)
BRUCE E.H. JOHNSON (pro hac vice application forthcoming)
AMBIKA DORAN (pro hac vice application forthcoming)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206.622.3150
Facsimile: 206.757.7700
Email: fredburnside@dwt.com
brucejohnson@dwt.com
ambikadoran@dwt.com

SANJAY M. NANGIA (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: 415.276.6500
Facsimile: 415.276.6599
Email: sanjaynangia@dwt.com

Attorneys for Defendants Muddy Waters Capital, LLC, Muddy Waters Research LLC, MLAF LP, MWCP LLC, and Carson Block

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN A. SUGARMAN, COR CAPITAL, LLC, COR ADVISORS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MUDDY WATERS CAPITAL, LLC, JASON GALANIS, CASTALIAN PARTNERS, LLC. CARSON BLOCK, JAMES GIBSON, DAVID Q. MATTHEWS, GARY ROBERT MATTHEWS, KALYN MATTHEWS DENNO, ADAM J. DENNO, KEITH ALLEN DILLING, ROSEMARY NORRIS HALL, RYAN KEALY, NIKOLAI BJORKEDAL, CASTALIAN PARTNERS VALUE FUND, LP, QKM, LLC, MUDDY WATERS RESEARCH LLC, MLAF LP, MWCP LLC, JOHN DOES 1-30,<br><br>Defendants. | Case No. 3:19-cv-04248-MMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR NIKOLAI BJORKEDAL, RYAN KEALY, THE MUDDY WATERS, CASTALIAN, QKM, AND QKM CLIENT DEFENDANTS TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE ON RESPONSIVE MOTIONS; [PROPOSED] ORDER** |

1. On July 24, 2019, Plaintiffs Steven A. Sugarman, COR Capital, LLC, and COR Advisors, LLC filed their Complaint;

2. Plaintiffs have served all but one defendant, Jason Galanis. The deadlines to respond for the remaining defendants, who bring this motion, fall on different days. October 7, 2019, is the current deadline for a response by Defendants Carson Block, Muddy Waters Capital, LLC, Muddy Waters Research LLC, MLAF LP, MWCP LLC, James Gibson, Castalian Partners, LLC, and Castalian Partners Value Fund, LP, Gary R. Mathews, and Keith A. Dilling. October 9 is the deadline to respond to the complaint for Ryan Kealy. October 17 is the deadline to respond for David Q. Mathews, Kalyn M. Denno, Adam J. Denno, Rosemary Norris Hall, and QKM, LLC. And November 7 is the deadline to respond for Nikolai Bjorkedal.

3. Most, if not all, of the moving defendants intend to file one or more pre-answer motions. To conserve the resources of the parties and the Court, Plaintiffs and the moving defendants have agreed to set a single deadline for responding to the complaint. They have also agreed to a briefing schedule on any pre-answer motions, as follows:

| | |
|---|---|
| Deadline for Defendants' motions or answer: | November 7, 2019 |
| Plaintiffs' opposition to motions: | December 19, 2019 |
| Defendants' reply in support of motions: | January 12, 2020 |

DATED this 7th day of October, 2019.

| ANDERSON KILL CALIFORNIA L.L.P. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By _____<br>Bridget B. Hirsch, Esq.<br>Wells Fargo Building<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Tel: (213) 943-1444<br>Fax: (212) 278-1733<br><br>*Attorneys for Plaintiffs* | By _____<br>Fred B. Burnside<br>Ambika K. Doran<br>MaryAnn Almeida<br>920 Fifth Ave., Suite 3300<br>Seattle, WA 98104-1610<br>Tel: (206) 6220-3150<br>Fax. (206) 757-7700<br><br>*Attorneys for Defendants Carson Block, Muddy Waters Capital, LLC, Muddy Waters Research LLC, MLAF LP, and MWCP LLC* |
| LEWIS & LLEWELLYN LLP | LOCKE LORD LLP |

| | |
|---|---|
| By /s/ Evangeline A.Z. Burbidge<br>Evangeline A.Z. Burbidge.<br>505 Montgomery Street, Suite 1300<br>San Francisco, CA 94111<br>Tel: (415) 762-0908<br><br>*Attorneys for David Q. Mathews, Gary R. Mathews, Kalyn M. Denno, Adam J. Denno, Keith Allen Dilling, Rosemary Norris Hall, and QKM, LLC* | By /s/ Daniel A. Solitro<br>Daniel A. Solitro<br>300 South Grand Avenue<br>Suite 2600<br>Los Angeles, California 90071<br>Tel: (213) 485-1500<br><br>*Attorneys for Defendants Castalian Partners, LLC, Castalian Partners Value Fund, LP, and James Gibson* |
| MURPHY & MCGONIGLE, P.C.<br><br>By /s/ Theodore R. Snyder<br>Theodore R. Snyder *(admitted pro hac vice)*<br>Heather Middleton<br>Elizabeth Del Cid, Cal. Bar No. 250962<br>1185 Avenue of the Americas, 21st Floor<br>New York, New York 10036<br>Telephone: (212) 880-3976<br><br>*Attorneys for Defendant Ryan Kealy* | DOWNEY BRAND<br><br>By /s/ Meghan M. Baker<br>Meghan M. Baker<br>Downey Brand LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Tel: (916) 520-5510<br><br>*Attorneys for Defendant Nikolai Bjorkedal* |

Stipulation and Order Extending Time to Respond
Case No. 3:19-cv-04248-MMC

## [PROPOSED] ORDER

It is so ORDERED.

DATED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE